Same case below, 413 Fed. Appx. 622.

**No. 11-5097. Russell Wellington, Petitioner v. David Sexton, Warden.**

565 U.S. 889, 132 S. Ct. 268, 181 L. Ed. 2d 158, 2011 U.S. LEXIS 5233.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 11-5098. Rhonda Taylor, on Behalf of Kevin R. Gordon, Petitioner v. Brad Livingston, Executive Director, Texas Department of Criminal Justice, et al.**

565 U.S. 889, 132 S. Ct. 268, 181 L. Ed. 2d 158, 2011 U.S. LEXIS 5219, ▮▮▮

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 421 Fed. Appx. 473.

**No. 11-5100. Matthew West, Petitioner v. United States.**

565 U.S. 889, 132 S. Ct. 268, 181 L. Ed. 2d 158, 2011 U.S. LEXIS 5225.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 631 F.3d 563.

**No. 11-5103. Troy Manning, Petitioner v. New York.**

565 U.S. 889, 132 S. Ct. 268, 181 L. Ed. 2d 158, 2011 U.S. LEXIS 5278.

October 3, 2011. Petition for writ of certiorari to the Appellate Division, Supreme Court of New York, First Judicial Department, denied.

Same case below, 78 App. Div. 3d 585, 912 N.Y.S.2d 183.

**No. 11-5104. Antion Lamond Knox, Petitioner v. Randall G. Workman, Warden.**

565 U.S. 889, 132 S. Ct. 269, 181 L. Ed. 2d 158, 2011 U.S. LEXIS 5373.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 425 Fed. Appx. 781.

**No. 11-5105. Melvin L. Laird, Petitioner v. William Mackay, et al.**

565 U.S. 890, 132 S. Ct. 269, 181 L. Ed. 2d 158, 2011 U.S. LEXIS 5387.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 11-5106. Andre Jones, Petitioner v. Camden Police Department, et al.**

565 U.S. 890, 132 S. Ct. 269, 181 L. Ed. 2d 158, 2011 U.S. LEXIS 5312.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 417 Fed. Appx. 351.